# EXHIBIT A

**EXHIBIT A**

 **CT Corporation**

**Service of Process Transmittal**
01/29/2016
CT Log Number 528553109

**TO:** David B. Goldston, Sr. VP, General Counsel & Secretary
Jo-Ann Stores, LLC
5555 Darrow Rd
Hudson, OH 44236-4054

**RE:** Process Served in Virginia

**FOR:** Jo-Ann Stores, LLC (Domestic State: OH)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | SUZANNE G. PATTON, Pltf. vs. JO-ANN STORES, LLC, etc. and POTTER CONSTRUCTION SERVICES, INC., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Montgomery County Circuit Court, VA<br>Case # 121CL1600014300 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 01/16/2014 - 2625 Market Street, Christiansburg, Virginia |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Glen Allen, VA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/29/2016 at 09:15 |
| **JURISDICTION SERVED:** | Virginia |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days after service |
| **ATTORNEY(S) / SENDER(S):** | Beverly M. Davis<br>DAVIS, DAVIS & DAVIS, ATTORNEYS<br>P. O. Box 3448<br>Radford, VA 24143<br>540-639-9081 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/29/2016, Expected Purge Date: 02/03/2016<br><br>Image SOP<br><br>Email Notification, Kathleen Levine  kathleen.levine@joann.com<br><br>Email Notification, Pat Babak  pat.babak@joann.com<br><br>Email Notification, David B. Goldston  david.goldston@joann.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 4701 Cox Road<br>Suite 285<br>Glen Allen, VA 23060 |
| **TELEPHONE:** | 804-217-7255 |

Page 1 of 1 / NS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# COMMONWEALTH OF VIRGINIA



MONTGOMERY CIRCUIT COURT
Civil Division
55 E. MAIN ST., STE 1
CHRISTIANSBURG VA 24073
(540) 382-5760

Summons

To: JO-ANN STORES LLC
CT CORPORATION SYSTEM, REG AGT
4701 COX ROAD
SUITE 285
GLEN ALLEN VA 23060

Case No. 121CL16000143-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Tuesday, January 19, 2016

Clerk of Court: ERICA W. WILLIAMS

by _Bridget Adams_
(CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

Attorney's name:

VIRGINIA: IN THE CIRCUIT COURT OF MONTGOMERY COUNTY

SUZANNE G. PATTON,
    Plaintiff

v.

JO-ANN STORES, LLC
d/b/a JO-ANN FABRICS AND CRAFTS

SERVE:  CT Corporation System
           4701 Cox Road, Suite 285
           Glen Allen, VA 23060

and

POTTER CONSTRUCTION SERVICES, INC.

SERVE:  Incorp Services, Inc.
           7288 Hanover Green Drive
           Mechanicsville, VA 23111,

    Defendants

COMPLAINT

CASE NO.: _____

COMES NOW the Plaintiff, Suzanne G. Patton, by counsel, and moves the Honorable Court for judgment against the Defendants, Jo-Ann Stores, LLC, d/b/a Jo-Ann Fabrics and Crafts and Potter Construction Services, Inc. for the sum of ONE MILLION DOLLARS ($1,000,000.00), plus interest and costs from January 16, 2014, jointly and severally, upon the grounds set forth as follows:

    1.    That on or about January 16, 2014, the Plaintiff, Suzanne G. Patton, was lawfully on the premises of Jo-Ann Stores, LLC d/b/a Jo-Ann Fabrics and Crafts, located at 2625 Market Street, Christiansburg, Virginia, as a business invitee for the purpose of browsing, shopping, and purchasing merchandise.

    2.    That Defendant, Jo-Ann Stores, LLC d/b/a Jo-Ann Fabrics and Crafts, is a Ohio Limited Liability Corporation that regularly conducts business according to the appropriate statutes of the Commonwealth of Virginia, and is subject to and within

Davis, Davis & Davis
Attorneys
P. O. Box 3448
Radford, VA 24143

the jurisdiction and venue of this Honorable Court.

3. That at all relevant times, Defendant Jo-Ann Stores, LLC d/b/a Jo-Ann Fabrics and Crafts, owned, controlled, operated, and maintained the premises located at 2625 Market Street, Christiansburg, Virginia 24073.

4. That Defendant, Potter Construction Services, Inc. is a North Carolina corporation that regularly conducts business according to the appropriate statutes of the Commonwealth of Virginia, and is subject to and within the jurisdiction and venue of this Honorable Court.

5. That at all relevant times, Defendant Potter Construction Services, Inc., had recently built, fabricated, erected, designed and/or maintained a restroom on the premises located at 2625 Market Street, Christiansburg, Virginia.

6. While on the premises as a business invitee on 1-16-14, the Plaintiff had to use the restroom and was directed by Jo-Ann Fabrics and Crafts store personnel to a restroom located on the property of the store.

7. That Plaintiff, Suzanne G. Patton, while seated on the toilet in the store, reached for the toilet tissue and the toilet toppled over, at which time she violently fell as a direct result of a hazardous and dangerous condition on the premises, causing serious and permanent injuries to Plaintiff's person.

8. That the toilet upon which the Plaintiff sat toppled over because it was not properly bolted/fastened to the bathroom floor, which condition of the toilet on the premises was a hazardous and dangerous condition which was known or should have been known by the Defendants prior the plaintiff being directed to the bathroom to use.

9. That the fall that the Plaintiff sustained was a direct result of a hazardous and dangerous condition on the premises, causing serious and permanent injuries to the Plaintiff.

Davis, Davis & Davis
Attorneys
P. O. Box 3448
Radford, VA 24143

10. The Defendants, Jo-Ann Stores, LLC d/b/a Jo-Ann Fabrics and Crafts, and Potter Construction Services, Inc. and their respective employees, agents, and servants owed the Plaintiff a duty to exercise ordinary care about their premises and to protect the Plaintiff from harm; and owed a duty to not create a dangerous and hazardous condition and to warn of any dangerous or hazardous condition.

11. At the aforesaid time and place, the defendants, Jo-Ann Stores, LLC d/b/a Jo-Ann Fabrics and Crafts, and Potter Construction Services, Inc., their respective agents and employees, created, maintained, operated and controlled a hazardous and dangerous condition on the premises, negligently failed to warn and/or remove said hazardous condition of the premises, failed to comply with industry standards, and violated ordinances and laws pertaining to the premises and the construction, maintenance, and upkeep of the area where the Plaintiff fell.

12. At the aforesaid time and place, said danger and hazardous condition on the premises and the negligence of the Defendants caused the Plaintiff to fall and sustain serious and permanent injuries.

13. As a direct and proximate result of the negligence of the Defendants, their employees and agents, the Plaintiff was seriously and permanently injured.

14. As a direct and proximate result of the Defendants' negligence, the Plaintiff has suffered damages in the following particulars:

  A. Serious bodily injuries both permanent and non-permanent in nature which have affected the Plaintiff's health;

  B. Past, present, and future physical pain and mental anguish;

  C. Disfigurement and/or deformity coupled with associated humiliation and embarrassment;

  D. Past, present, and future inconvenience;

  E. Past, present, and future medical expenses;

Davis, Davis & Davis
Attorneys
P. O. Box 3448
Radford, VA 24143

F. Other out-of-pocket expenses and damages resulting from this occurrence.

**WHEREFORE**, the Plaintiff, Suzanne G. Patton, moves this Honorable Court for judgment against the Defendants, Jo-Ann Stores, LLC d/b/a/ Jo-Ann Fabrics and Crafts, and Potter Construction Services, Inc., jointly and severally, in the amount of ONE MILLION DOLLARS ($1,000,000.00) compensatory damages, plus interest from January 16, 2014, and costs and other related expenses expended on her behalf for her personal injuries resulting from Defendants' negligence.

**TRIAL BY JURY IS DEMANDED.**

Respectfully,

**SUZANNE G. PATTON**

By _____
Of Counsel

Beverly M. Davis, Esq.
VSB NO.: 33784
Nicole S. Cumberland, Esq.
VSB NO.: 88446
DAVIS, DAVIS & DAVIS, ATTORNEYS
P. O. Box 3448
Radford, VA 24143
(540) 639-9081
(540) 639-9095 (Fax)

Davis, Davis & Davis
Attorneys
P. O. Box 3448
Radford, VA 24143