UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SUZANNE G. PATTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 7:16-cv-00076 |
| | ) |
| JO-ANN STORES, LLC | ) |
| d/b/a JO-ANN FABRICS AND CRAFTS | ) |
| | ) |
| and | ) |
| | ) |
| POTTER CONSTRUCTION | ) |
| SERVICES, INC. | ) |
| | ) |
| Defendants. | ) |

**JOINT DISCOVERY PLAN AND
STIPULATION REGARDING 26(a)(2) DISCLOSURES**

Counsel for the parties participated via teleconference on April 4, 2016 in the meeting required by Federal Rule of Civil Procedure 26(f) and the Court's Scheduling Order and submit the following report of that meeting and the parties' Joint Discovery Plan and Stipulation regarding disclosures required by Federal Rule of Civil Procedure 26(a)(2):

**A.** **Changes in the timing, form, or requirement for disclosures under Rule 26(a):**

The parties jointly agree to the following timing of discovery, and stipulate that the Scheduling Order be amended as follows:

- Plaintiff's Federal Rule of Civil Procedure 26(a)(2) Disclosures will be due 120 days prior to trial, on September 26, 2016; and

- Defendant's Federal Rule of Civil Procedure 26(a)(2) Disclosures will be due 90 days before trial, on October 25, 2016.

B.  **Subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited:**

The parties, having met and conferred on April 4, 2016, do not anticipate any unusual discovery processes for this matter. Should any discovery issues arise, the parties will meet and confer as necessary. The Parties will supplement this Discovery Plan, as necessary, as discovery in this matter continues.

C.  **Issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced;**

The parties, having met and conferred on April 4, 2016, do not anticipate any discovery issues. The parties agree to meet and confer, if necessary, concerning the scope of any electronically stored information, in conjunction with the exchange of written discovery, and will attempt to reach a mutually acceptable resolution of any issues that arise prior to the filing of any motions related to those issues. The Parties will supplement this Discovery Plan, as necessary, as discovery in this matter continues.

D.  **Any issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in an order;**

To the extent the parties agree to produce such information, it shall be subject to a protective order to be presented to this Court for entry pursuant to Rule 26(c). The Parties will supplement this Discovery Plan, as necessary, as discovery in this matter continues.

E.  **Changes to be made in the limitations on discovery:**

The parties propose no changes for the limitations on discovery other than those otherwise outlined in this Discovery Plan. Should the parties agree to future limitations on discovery, a supplemental discovery plan will be presented to the Court.

F.  **Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).**

The Parties propose no orders under Rule 26(c) or under Rule 16(b) and (c) at this time.

The Parties will supplement this Discovery Plan, as necessary, as discovery in this matter continues.

**JOINTLY FILED AND AGREED AS TO FORM AND CONTENT:**

/S/ Beverly M. Davis_____
Beverly M. Davis (VSB No. 33784)
Nicole S. Cumberland (VSB No. 88446)
DAVIS, DAVIS & DAVIS ATTORNEYS
P.O. Box 3448
Radford, VA 24143
Telephone: (540) 639-9081
Facsimile: (540) 639-9095 (Fax)
Email: bevdavis@davisattys.com
*Counsel for Plaintiff*


/S/ Heather M. Walczak_____
Heather M. Walczak (VSB No. 79175)
BOWMAN AND BROOKE LLP
901 East Byrd Street, Suite 1650
Richmond, Virginia 23219
Telephone: (804) 649-8200
Facsimile: (804) 649-1762
heather.walczak@bowmanandbrooke.com
*Counsel for Jo-Ann Stores, Inc.*


/S/ Stephanie G. Cooke_____
Stephanie G. Cook (VSB No. 48187)
Kalbaugh, Pfund & Messersmith, P.C.
2840 Electric Road, Suite 11 1
Roanoke, Virginia 24018
Telephone: (540) 776-3583
Facsimile: (540) 776-1542
Email: stephanie.cook@kpmlaw.com
*Counsel for Potter Construction Services, Inc.*